IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TANGELO IP, LLC | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:18-cv-691-RGA ) ) |
| THERMO FISHER SCIENTIFIC INC. | ) ) ) |
| Defendant. | ) ) |

## ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY ORDERED that all claims asserted in this suit between plaintiff Tangelo IP, LLC and defendant Thermo Fisher Scientific Inc. are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the terms of the "SETTLEMENT AND LICENSE AGREEMENT" between plaintiff Tangelo IP, LLC and defendant Thermo Fisher Scientific Inc. are incorporated by reference into this Order of Dismissal with Prejudice, and the United States District Court for the District of Delaware shall retain jurisdiction to enforce and resolve any disputes between the parties arising under the "SETTLEMENT AND LICENSE AGREEMENT."

IT IS FURTHER ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SO ORDERED, this _7_ day of _Sept_, 2018.

_____
United States District Judge